JAMES H. BRAND, Appellant, v. FRANCES HANAN BRAND, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, on the ground that this case is not distinguishable from the case made on the former appeal in which this court reversed a similar order. (See 178 App. Div. 822.)    Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

WILLIAM A. ULMAN, Appellant, v. CARLETON HUDSON (Otherwise Known as CARLETON HUDSON BETTS), Respondent.    WILLIAM A. ULMAN, Appellant, v. MEDORA T. HUDSON (Otherwise Known as MEDORA T. HUDSON BETTS), Respondent.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

HARRIET E. ERLANGER, Respondent, v. ARTHUR G. ERLANGER, Appellant.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

SIDNEY ASH, Respondent, v. UNITED TOILET GOODS COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date on which the inspection shall be had to be fixed in the order.    No opinion. Order to be settled on notice.    Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

LILLIAN M. MAURY, Respondent, v. V. LE BEAU MAURY, Appellant.— Order modified as stated in order, and as so modified affirmed, without costs.    No opinion.    Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

POTTER PRINTING PRESS COMPANY, Appellant, v. KELLOGG TOASTED CORN FLAKE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

MAC SCHLADOWSKI v. JULIUS OPPENHEIMER.— Motion to dismiss appeal granted, with ten dollars costs.    No opinion.    Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

FRANCIS SPEIR and Others v. FREDERIC A. TANNER.— Motion to dismiss appeal granted, with ten dollars costs.    No opinion.    Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

OKLAHOMA EXPLORATION OIL AND GAS CORPORATION v. GEORGE P. SPITTALL, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order.    Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

EMMA F. SULLY v. TIFFANY & COMPANY.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

J. WILSON BRYANT and Others v. CENTURY BANK OF THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order.    Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.